UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED

JAN 2 2 2019

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Civil Action No. 18-306-HRW

**SCOTT MARTIN KADIK,**                                            **PETITIONER,**

v.                                    **ORDER**

**PERRY COUNTY, DEPARTMENT**
**OF CORRECTIONS,** *et al.*,                                  **RESPONDENTS.**

Scott Kadik filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Consistent with local practice, the matter was referred to United States Magistrate Judge Matthew A. Stinnett for initial consideration. The Magistrate has issued a report and recommends that this Petition be dismissed and stricken from the docket. Hearing no objections to the report and recommendation, and seeing no error in same, this Court adopts the recommendation.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED:**

1) that the Magistrate Judge's report and recommendation is hereby approved and adopted as and for the opinion of the Court,

2) that in conformity the petition is **DISMISSED** and is **STRICKEN** from the docket;

3) the Court declines to grant a Certificate of Appealibility; and

4) that this is a final and appealable order.

This 22nd day of January, 2019.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge