Eastern District of Kentucky
F I L E D
APR 0 4 2019
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LONDON

Civil Action No. 18-306-HRW

SCOTT MARTIN KADIK,                    PETITIONER,

v.                    **ORDER**

PERRY COUNTY, DEPARTMENT
OF CORRECTIONS, *et al.*,                    RESPONDENTS.

Scott Kadik filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Consistent with local practice, the matter was referred to United States Magistrate Judge Matthew A. Stinnett for initial consideration. Upon the Magistrate Judge's report and recommendation, and with no objection from Petitioner, the undersigned dismissed this matter.

Petitioner then filed a "Motion Writ of Mandamus to Vacate Set Aside or Correct Sentence," which was referred to Magistrate Judge Stinnett. Magistrate Judge Stinnett found it to be unclear what relief Petitioner sought via his motion, as it could be interpreted as either a motion for a writ of mandamus or a motion under Fed.R.Civ.P. 60. The Court finds the motion to be more akin to that made pursuant to Rule 60(b) and, adopts the Magistrate Judge's finding that Petitioner has not adequately plead relief under this rule.

Again, Petitioner has filed no objection to the Report and Recommendation and the time for doing so has passed.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED:**

1) that the Magistrate Judge's report and recommendation is hereby approved and adopted as and for the opinion of the Court,

2) that in conformity therewith, the Motion Writ of Mandamus to Vacate Set Aside or Correct Sentence [Docket No. 23] be **OVERRULED**.

This 4th day of April, 2019.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge